# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | |
|---|---|
| Brenda Kay Johnson )<br>   *Plaintiff* )<br> )<br>v. )<br> )<br>National Credit Systems, Inc. *et al.* )<br>   *Defendants* )<br> ) | Case No.   3:16-cv-00310-TBR |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff Brenda Kay Johnson hereby gives notice that she is dismissing without prejudice her claims against Defendant National Credit Systems, Inc. This Notice does not affect, and is not meant to affect, Plaintiff's claims against any other party to this action.

Respectfully Submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Brenda Kay Johnson*