## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| **BRENDA KAY JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | **3:16-cv-310-TBR** |
| **NATIONAL CREDIT SYSTEMS, INC.,** | ) | |
| **CAPITAL ONE AUTO FINANCE, INC.,** | ) | |
| **EOS CCA, ASSUMED NAME FOR** | ) | |
| **COLLECTO, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## JOINT NOTICE OF SETTLEMENT

 **COME NOW** plaintiff Brenda Kay Johnson ("Plaintiff") and defendant Capital One Auto Finance, Inc. ("COAF") (hereinafter collectively referred to as "the Parties"), by and through their undersigned counsel, and hereby notify the Court that a tentative settlement agreement has been reached between the Parties. The Parties are presently drafting, finalizing, and executing the settlement and dismissal document. The Parties request forty-five (45) days to finalize the settlement documents and to file a Stipulation of Dismissal with the Court.

 Respectfully submitted this the 9th day of September, 2016.

_s/ James H. Lawson_
James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Ave
Suite 4
Louisville, KY 40207
james@kyconsumerlaw.com
Counsel for Plaintiff


_s/ Reid S. Manley_
Reid Manley (KY Bar #90360)
Burr & Forman, LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone:    205-251-3000
Facsimile:    (205) 244-5675
E-mail:        Rmanley@burr.com

One of the attorneys for Defendant
identified as Capital One N.A.