# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Brenda Kay Johnson )<br>    *Plaintiff* )<br> ) | | |
| v. ) | Case No. | 3:16-cv-00310-TBR |
| ) | | |
| National Credit Systems, Inc. *et al.* )<br>    *Defendants* )<br> ) | | |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiff, Brenda Kay Johnson, has reached a settlement with Defendant EOS CCA, assumed name for Collecto, Inc., in this case. Once the settlement is final, the parties will file a joint stipulation of dismissal with prejudice. This Notice of Settlement does not, and is not intended to, affect Plaintiff's claims against any other Defendant in this action.

Respectfully Submitted,

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Brenda Kay Johnson*

## **CERTIFICATE OF SERVICE**

  This is to certify that on this 14th day of September, 2016, I electronically filed the foregoing Notice of Settlement via U.S. Mail via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

            /s/ James H. Lawson
            *Counsel for Plaintiff*
            *Brenda Kay Johnson*