IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **BRENDA KAY JOHNSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. |
| | ) 3:16-cv-310-TBR |
| **NATIONAL CREDIT SYSTEMS, INC.,** | ) |
| **CAPITAL ONE AUTO FINANCE, INC.,** | ) |
| **EOS CCA, ASSUMED NAME FOR** | ) |
| **COLLECTO, INC.,** | ) |
| **Defendants.** | ) |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

It appearing to the court, as evidenced by the signatures of counsel for the Plaintiff, Brenda Kay Johnson, and Defendant, Capital One Auto Finance, a division of Capital One, National Association ("COAF"), incorrectly identified as "Capital One Auto Finance, Inc.," that Plaintiff's claims against COAF should be dismissed with prejudice, with each party to bear its own costs and fees.

**IT IS THEREFORE ORDERED**, that all of Plaintiff's causes of action against COAF in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

28269019 v1